QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ENRIQUE MONTES PARTIDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-Cr-00043 OWW |
| Plaintiff, | STIPULATION CONTINUING MOTIONS FILING AND EVIDENTIARY/MOTIONS HEARING AND ORDER THEREON |
| v. | |
| ENRIQUE MONTES PARTIDA, | Date: August 30, 2005<br>Time: 9:00 A.M. |
| Defendant. | Judge: Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, Counsel for Plaintiff, Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Enrique Montes-Partida, and Phillip H. Cherney, Esq., counsel for Defendant Vicente Mendoza, that defense motions in the above-captioned matter shall be filed on or before August 15, 2005, government replies to be filed on or before August 22, 2005, **and the Evidentiary/Motion hearing now set for August 16, 2005, may be continued to August 30, 2005, at 9:00 A.M.**

This continuance request is made at the request of counsel for Defendant Montes-Partida to allow counsel time to complete investigation and preparation of appropriate motions on behalf of his client, and to properly prepare for the evidentiary/motions hearing on behalf of defendant.

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 11, 2005   By:   /s/ Victor M. Chavez with consent of
                                 Karen A. Escobar
                                 KAREN A. ESCOBAR
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

QUIN DENVIR
Federal Defender

DATED: August 11, 2005   By:   /s/ Victor M. Chavez
                                 VICTOR M. CHAVEZ
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ENRIQUE MONTES-PARTIDA

DATED: August 11, 2005         /s/ Victor M. Chavez with consent of
                                 Philip H. Cherney

## ORDER

**IT IS SO ORDERED.**

DATED: August 15, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation Continuing Motions Filing and Evidentiary/
Motions Hearing and [Proposed] Order Thereon          2